THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
Carolina Travel Consultants, Inc. and Ray V.
Damani, d/b/a Carolina Travel 
 Consultants,        Petitioners,
 
 
 

v.

 
 
 
Milliken & Company,       
Respondent.
 
 
 

ON WRIT OF CERTIORARI TO
THE COURT OF APPEALS 

Appeal from Spartanburg County
 Wyatt T. Saunders, Jr., Circuit Court 
 Judge

Memorandum Opinion No. 2004-MO-026
Heard May 12, 2004 - Filed June 1, 2004

DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
Michael B.T. Wilkes and D. Alan Lazenby, both of Michael 
 Wilkes Law Firm, P.A., of Spartanburg, Edward R. Cole, of The Ward Law Firm, 
 P.A., of Spartanburg, for Petitioners.
Henry L. Parr, Jr. and Troy A. Tessier, both of Wyche, Burgess, 
 Freeman & Parham, P.A., of Greenville, for Respondent.
 
 
 

PER CURIAM: We granted certiorari to review 
 the Court of Appeals decision in Carolina Travel Consultants, Inc. v. Milliken 
 & Co., Op. No. 2003-UP-125 (Ct. App. filed February 18, 2003).  After 
 careful consideration, we dismiss certiorari as improvidently granted.
DISMISSED AS IMPROVIDENTLY GRANTED.
 TOAL, C.J., MOORE, WALLER, BURNETT and PLEICONES, JJ., concur.